**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-cv-81420-DMM

HOWARD MICHAEL CAPLAN,

       Plaintiff,

       vs.

INTELLECT VENTURES, INC., a Florida
Profit Corporation d/b/a SAAB SERVICES
et al.,

       Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald Stern, Esq.
Florida Bar No. 10089
The Advocacy Law Firm, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, FL 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

By: *Roslyn L. Stevenson*
Roslyn L. Stevenson, Esq.
Florida Bar No. 829803
Stevenson Law, PL
Post Office Box 800936
Aventura, FL 33280-0936
Telephone: (305) 935-9533
Email: roslyn.rlslaw@gmail.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-81420-DMM

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

INTELLECT VENTURES, INC., a Florida
Profit Corporation d/b/a SAAB SERVICES
and GERARD W. SCHREIBER and
MICHELLE M. SCHREIBER, as Trustees
of the Schreiber Family Revocable Trust
Dated February 21, 2023

      Defendants.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 03, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


By: *Ronald E. Stern*
Ronald Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, FL 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

2