**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 24-CV-81420-MIDDLEBROOKS

HOWARD MICHAEL CAPLAN,

Plaintiff,

v.

INTELLECT VENTURES, INC., a Florida
Profit Corporation d/b/a SAAB SERVICES
et al.,

Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation for Dismissal with

Prejudice, filed December 3, 2025.  (DE 17).  Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*,

677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court

is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Clerk of Court shall **CLOSE THIS CASE.**

(2) All pending motions are **DENIED AS MOOT.**

(3) Except as otherwise agreed, the Parties shall each bear their own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this ___ day of December, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:

Counsel of Record